United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ADR INTERNATIONAL LIMITED,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-01914** |
| | § | |
| **INSTITUTE FOR SUPPLY** | § | |
| **MANAGEMENT INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Motion to Dismiss filed by Defendants. ECF No. 20. On February 27, 2023, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") in this case, recommending that the Motion be granted in part and denied in part. Judge Palermo recommended that ISM-Houston be dismissed without prejudice as a Defendant in this case. However, she recommended that the Court deny ISM's Motion to Dismiss, both with respect to ADR's copyright-infringement claim and with respect to ADR's claim based on the Digital Millennium Copyright Act (DCMA). Defendants filed objections to the portion of the R&R that addressed ADR's DMCA claim.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R&R to which Defendants objected and reviewed the remainder of the R&R for clear error. The Court agrees with the conclusions and the reasoning of the R&R. Specifically, the Court is persuaded by the reasoning of courts that have found that the DMCA may properly apply even when the allegedly infringing work is not identical to the original. *See Huffman v. Activision Publ'g, Inc.*, No. 219CV00050RWSRSP, 2020 WL 8678493, at *12 (E.D. Tex. Dec. 14, 2020), *report and recommendation adopted*, 2021 WL 2141352 (E.D. Tex. May 26, 2021); *GC2*

*Inc. v. Int'l Game Tech., IGT, Doubledown Interactive LLC*, 391 F. Supp. 3d 828, 843–44 (N.D. Ill. 2019).

Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion to dismiss. The claims against ISM-Houston are **DISMISSED WITHOUT PREJUDICE**. The claims against ISM remain pending.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 30, 2023.

Keith P. Ellison
United States District Judge